CHARLES P. KOCH, appellant,

v.

COMMONWEALTH INSURANCE COMPANY OF NEW YORK, respondent.

[Decided October 11th, 1917.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, and reported in *87 N. J. Eq. 90.*

*Mr. Joseph Beck Tyler,* for the appellant.

*Mr. Howard L. Miller,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—9.

*For reversal*—KALISCH, BLACK, WHITE—3.